1  GEORGE A. RILEY (S.B. #118304) griley@omm.com
   LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California 94111-3305
4  Telephone:  (415) 984-8700
   Facsimile:   (415) 984-8701
5
   DAVID M. FURBUSH (S.B. #83447) dfurbush@omm.com
6  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
7  Menlo Park, California 94025
   Telephone:  (650) 473-2600
8  Facsimile:   (650) 473-2601

9  Attorneys for Nominal Defendant
   APPLE COMPUTER, INC.
10

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

*E-FILED - 8/17/06*

| | |
|---|---|
| JEFFREY ALECCI, Derivatively on Behalf of APPLE COMPUTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS and G. FREDERICK FORSYTH,<br><br>Defendants,<br><br>- and -<br><br>APPLE COMPUTER, INC.,<br><br>Nominal Defendant. | Case No. 5:06-cv-04649-RMW<br><br>**STIPULATION AND []**<br>**ORDER EXTENDING TIME FOR**<br>**DEFENDANTS TO RESPOND TO**<br>**COMPLAINT** |

STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT - 5:06-cv-04649-RMW

1      IT IS HEREBY STIPULATED by and between Plaintiff Jeffrey Alecci ("Alecci")
2  and Nominal Defendant Apple Computer, Inc. ("Apple") as follows:
3      WHEREAS, Alecci filed his Complaint against Defendants on July 31, 2006, and served
4  it on July 31, 2006;
5      WHEREAS, Apple is currently scheduled to respond to Alecci's Complaint by August 21,
6  2006;
7      WHEREAS, Apple has obtained authorization to accept service of process on behalf of
8  several of the individual defendants, is in the process of seeking such authority from others, and
9  is discussing representation issues with the individual defendants;
10     WHEREAS, Alecci has agreed to extend to October 6, 2006, the time for all defendants to
11 move or plead in response to Alecci's Complaint;
12     NOW THEREFORE, pursuant to Civil Local Rule 6-1, the parties hereby stipulate as
13 follows:
14     All defendants who have been served to date, and all defendants who shall subsequently
15 accept service and request to be covered by this stipulation, shall have an extension of time to
16 answer or otherwise respond to Plaintiff Alecci's Complaint to October 6, 2006.
17     IT IS SO STIPULATED.

Dated: August 14, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By:     /s/ Luann L. Simmons
        Luann L. Simmons

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

| | | |
|---|---|---|
| 1 | Dated: August 14, 2006 | WILLIAM S. LERACH |
| 2 | | TRAVIS E. DOWNS III |
| | | SHAWN A. WILLIAMS |
| 3 | | LERACH COUGLIN STOIA GELLER |
| | | RUDMAN & ROBBINS LLP |

By:_____/s/ Travis E. Downs III_____
        Travis E. Downs III

Attorneys for Plaintiff
JEFFREY ALECCI

## CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Travis E. Downs III.

Dated: August 14, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By:_____/s/ Luann L. Simmons_____
        Luann L. Simmons

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: \_\_\_8/17/06_____

_____/s/ Ronald M. Whyte_____
Honorable Ronald M. Whyte
United States District Judge

SF1:639725.1