GEORGE A. RILEY (S.B. #118304) griley@omm.com
LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

DAVID M. FURBUSH (S.B. #83447) dfurbush@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

*E-FILED - 8/17/06*

| | |
|---|---|
| JEFFREY ALECCI, Derivatively on Behalf of APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS and G. FREDERICK FORSYTH, <br><br> Defendants, <br><br> - and - <br><br> APPLE COMPUTER, INC., <br><br> Nominal Defendant. | Case No. 5:06-cv-04649-RMW <br><br> **STIPULATION AND []** <br> **ORDER EXTENDING TIME FOR** <br> **DEFENDANTS TO RESPOND TO** <br> **COMPLAINT** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Jeffrey Alecci ("Alecci")
2  and Nominal Defendant Apple Computer, Inc. ("Apple") as follows:
3  WHEREAS, Alecci filed his Complaint against Defendants on July 31, 2006, and served
4  it on July 31, 2006;
5  WHEREAS, Apple is currently scheduled to respond to Alecci's Complaint by August 21,
6  2006;
7  WHEREAS, Apple has obtained authorization to accept service of process on behalf of
8  several of the individual defendants, is in the process of seeking such authority from others, and
9  is discussing representation issues with the individual defendants;
10  WHEREAS, Alecci has agreed to extend to October 6, 2006, the time for all defendants to
11  move or plead in response to Alecci's Complaint;
12  NOW THEREFORE, pursuant to Civil Local Rule 6-1, the parties hereby stipulate as
13  follows:
14  All defendants who have been served to date, and all defendants who shall subsequently
15  accept service and request to be covered by this stipulation, shall have an extension of time to
16  answer or otherwise respond to Plaintiff Alecci's Complaint to October 6, 2006.
17  IT IS SO STIPULATED.

Dated: August 14, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By:    /s/ Luann L. Simmons
           Luann L. Simmons

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

| | |
|---|---|
| Dated:  August 14, 2006 | WILLIAM S. LERACH<br>TRAVIS E. DOWNS III<br>SHAWN A. WILLIAMS<br>LERACH COUGLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |

By:         /s/ Travis E. Downs III
                    Travis E. Downs III

Attorneys for Plaintiff
JEFFREY ALECCI

## CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Travis E. Downs III.

| | |
|---|---|
| Dated:  August 14, 2006 | GEORGE A. RILEY<br>DAVID M. FURBUSH<br>LUANN L. SIMMONS<br>O'MELVENY & MYERS LLP |

By:         /s/ Luann L. Simmons
                    Luann L. Simmons

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  ___8/17/06___

         /s/ Ronald M. Whyte
        Honorable Ronald M. Whyte
        United States District Judge

SF1:639725.1