1  GEORGE A. RILEY (State Bar No. 118304)
   LUANN L. SIMMONS (State Bar No. 203526)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California 94111
4  Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
5  E-Mail: griley@omm.com
            lsimmons@omm.com
6
   DAVID M. FURBUSH (State Bar No. 83447)
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California 94025
   Telephone: (650) 473-2600
9  Facsimile: (650) 473-2601
   E-Mail: dfurbush@omm.com
10
   Attorneys for Nominal Defendant
11 APPLE COMPUTER, INC.

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                    **SAN JOSE DIVISION**

15 KELLEY BERGMAN, derivatively on behalf      Case No. C 06-05374 JW
   of APPLE COMPUTER, INC.,
16
                 Plaintiff,
17                                              **STIPULATION AND [PROPOSED]
       v.                                       ORDER EXTENDING TIME FOR
18                                              DEFENDANTS TO RESPOND TO
   FRED D. ANDERSON, WILLIAM V.                 COMPLAINT AND REFERRING
19 CAMPBELL, TIMOTHY D. COOK,                   THIS CASE TO JUDGE JEREMY
   MILLARD DREXLER, STEVEN P. JOBS,             FOGEL**
20 RONALD B. JOHNSON, ARTHUR D.
   LEVINSON, MITCHELL MANDICH,
21 PETER OPPENHEIMER, JONATHAN
   RUBINSTEIN, AVADIS TEVANIAN, JR.,
22 JEROME B. YORK, and DOES 1 through 20,
   inclusive,
23
                 Defendants,
24   - and -

25 APPLE COMPUTER, INC.,

                 Nominal Defendant.
26

27

28

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-05374 JW

1    IT IS HEREBY STIPULATED by and between Plaintiff Kelley Bergman and Nominal
2  Defendant Apple Computer, Inc., as follows:
3    WHEREAS, Bergman filed his Complaint on August 31, 2006;
4    WHEREAS, counsel are engaged in discussing the possibility of consolidation of this
5  matter with related cases and/or the subsequent filing of a consolidated complaint;
6    WHEREAS, the undersigned parties wish to further judicial efficiency by deferring
7  responsive pleadings until such time as consolidation issues are addressed;
8    WHEREAS, the undersigned parties believe and agree that pursuant to L.R. 3-12(a) the
9  instant action is related to the following actions deemed related and currently assigned to Judge
10 Jeremy Fogel: (1) *Karant v. Jobs, et al.*, Case No. C06-04128 JF; (2) *Holbert v. Anderson, et al.*,
11 Case No. C06-04454 JF; (3) *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v.*
12 *Anderson, et al.*, Case No. C06-04493 JW; (4) *Port Authority of Allegheny County Retirement*
13 *and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated*
14 *Transit Union v. Jobs, et al.*, Case No. C06-04510 PJH; (5) *Alecci v. Anderson, et al.*, Case No.
15 C06-04649; and (6) *Priebe v. Jobs, et al.*, Case No. C06-04703 WHA.
16   NOW, THEREFORE, pursuant to LR. 6-1, the undersigned parties stipulate as follows:
17   All defendants who have been served to date, and all defendants who shall subsequently
18 accept service and request to be covered by this stipulation, shall have an extension of time to
19 answer or otherwise respond to 30 days after the filing of a consolidated complaint, or in the
20 event that the Court denies a motion for consolidation, the above-described defendants shall
21 answer or otherwise respond to Bergman's Complaint no later than 30 days after such denial.
22 The parties further agree that pursuant to L.R. 3-12(a), this case is related to the above-described
23 cases assigned to Judge Jeremy Fogel, and therefore in the interest of judicial economy and
24 efficiency, the parties respectfully request that this case be referred to Judge Jeremy Fogel.

1    IT IS SO STIPULATED.

2    Dated: September 5, 2006            GEORGE A. RILEY
3                                        DAVID M. FURBUSH
                                         LUANN L. SIMMONS
4                                        O'MELVENY & MYERS LLP

5
                                         By:  /s/ Luann L. Simmons
6                                               Luann L. Simmons

7                                        Attorneys for Nominal Defendant
                                         APPLE COMPUTER, INC.
8
9    Dated: September 5, 2006            JOSEPH W. COTCHETT
                                         BRUCE L. SIMON
10                                       MARK C. MOLUMPHY
                                         KELLY L. SOMMERFELD
11                                       COTCHETT, PITRE, SIMON &
                                              MCCARTHY
12

13                                       By:  /s/ Mark C. Molumphy
14                                              Mark C. Molumphy

15                                       Attorneys for Plaintiff
                                         KELLEY BERGMAN
16
### CERTIFICATION OF CONCURRENCE

17    I attest under penalty of perjury that concurrence in the filing of this document has been

18   obtained from Mark C. Molumphy.

19   Dated: September 5, 2006            GEORGE A. RILEY
20                                       DAVID M. FURBUSH
                                         LUANN L. SIMMONS
21                                       O'MELVENY & MYERS LLP

22
                                         By:  /s/ Luann L. Simmons
23                                              Luann L. Simmons

24                                       Attorneys for Nominal Defendant
                                         APPLE COMPUTER, INC.
25

26

27

28

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____9/8/06_____

_____
The Honorable James Ware
United States District Judge

MP1:987182.1

- 3 -
STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-05374 JW