GEORGE A. RILEY (S.B. #118304) griley@omm.com
LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West, 275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

DAVID M. FURBUSH (S.B. #83447) dfurbush@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

Attorneys for Individual Defendants FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS, G FREDERICK FORSYTH and Nominal Defendant APPLE COMPUTER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| JEFFREY ALECCI, Derivatively on Behalf of APPLE COMPUTER, INC., <br><br>Plaintiff,<br><br>v.<br><br>FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS and G. FREDERICK FORSYTH,<br><br>Defendants,<br><br>- and -<br><br>APPLE COMPUTER, INC.,<br><br>Nominal Defendant. | Case No. 5:06-cv-04649-JF<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1     IT IS HEREBY STIPULATED by and between Plaintiff Jeffrey Alecci ("Alecci")
2 and Individual Defendants Fred D. Anderson, William V. Campbell, Millard S. Drexler, Steven
3 P. Jobs, Arthur D. Levinson, Jerome B. York, Timothy D. Cook, Avadis Tevanian, Jr., Jonathan
4 Rubinstein, Ronald B. Johnson, Peter Oppenheimer, Mitchell Mandich, Robert M. Calderoni,
5 James J. Buckley, Daniel L. Eilers and G. Frederick Forsyth and Nominal Defendant Apple
6 Computer, Inc. ("Defendants") as follows:

7     WHEREAS, Alecci filed his Complaint against Defendants on July 31, 2006, and served
8 it on July 31, 2006;

9     WHEREAS, Defendants are currently scheduled to respond to Alecci's Complaint by
10 October 6, 2006;

11     WHEREAS, counsel are engaged in discussing the possibility of consolidation of this
12 matter with related cases and/or the subsequent filing of a consolidated complaint;

13     WHEREAS, the undersigned parties wish to further judicial efficiency by deferring
14 responsive pleadings until such time as consolidation issues are addressed;

15     NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties hereby stipulate
16 as follows:

17     All defendants who have been served to date, and all defendants who shall subsequently
18 accept service and request to be covered by this stipulation, shall have a further extension of time
19 to answer or otherwise respond to 30 days after the filing of a consolidated complaint, <u>or</u> in the
20 event that the Court denies the forthcoming motion for consolidation, the above-described
21 defendants shall answer or otherwise respond to Alecci's Complaint no later than 30 days after
22 such denial.

23     IT IS SO STIPULATED.

24
25
26
27
28

| | |
|---|---|
| Dated:  October 4, 2006 | GEORGE A. RILEY<br>DAVID M. FURBUSH<br>LUANN L. SIMMONS<br>O'MELVENY & MYERS LLP |
| | By: /s/ Luann L. Simmons <br> Luann L. Simmons |
| | Attorneys for Individual Defendants<br>FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH and Nominal Defendant APPLE COMPUTER, INC. |
| Dated:  October 4, 2006 | TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>SHAWN A. WILLIAMS<br>MONIQUE C. WINKLER<br>MARIA V. MORRIS<br>THOMAS G. WILHELM<br>LERACH COUGLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| | By: /s/ Monique C. Winkler <br> Monique C. Winkler |
| | Attorneys for Plaintiff<br>JEFFREY ALECCI |

## CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Monique C. Winkler.

| | |
|---|---|
| Dated:  October 4, 2006 | GEORGE A. RILEY<br>DAVID M. FURBUSH<br>LUANN L. SIMMONS<br>O'MELVENY & MYERS LLP |
| | By: ___/s/ Luann L. Simmons___<br>       Luann L. Simmons |
| | Attorneys for Individual Defendants FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH and Nominal Defendant APPLE COMPUTER, INC. |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __10/6/06__

_____
The Honorable Jeremy Fogel
United States District Judge

MP1:987010.1