1    GEORGE A. RILEY (S.B. #118304)  griley@omm.com
     LUANN L. SIMMONS (S.B. #203526)  lsimmons@omm.com
2    O'MELVENY & MYERS LLP
     Embarcadero Center West, 275 Battery Street
3    San Francisco, California  94111-3305
     Telephone:   (415) 984-8700
4    Facsimile:    (415) 984-8701

5    DAVID M. FURBUSH (S.B. #83447)  dfurbush@omm.com
     O'MELVENY & MYERS LLP
6    2765 Sand Hill Road
     Menlo Park, California  94025
7    Telephone:   (650) 473-2600
     Facsimile:    (650) 473-2601

8

     Attorneys for Individual Defendants FRED D. ANDERSON,
9    WILLIAM V. CAMPBELL, MILLARD S. DREXLER,
     STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B.
10   YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR.,         efiled *10/13/06
     JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER
11   OPPENHEIMER, MITCHELL MANDICH, ROBERT M.
     CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS, G
12   FREDERICK FORSYTH and Nominal Defendant APPLE
     COMPUTER, INC.
13
                    UNITED STATES DISTRICT COURT
14
           NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
15

16   JEFFREY ALECCI, Derivatively on        Case No. 5:06-cv-04649-JF
     Behalf of APPLE COMPUTER, INC.,
                                            **STIPULATION AND ~~[PROPOSED]~~
17              Plaintiff,                  ORDER CONTINUING CASE
                                            MANAGEMENT CONFERENCE AND
18         v.                               RELATED DATES**

19   FRED D. ANDERSON, WILLIAM V.
     CAMPBELL, MILLARD S. DREXLER,
20   STEVEN P. JOBS, ARTHUR D. LEVINSON,
     JEROME B. YORK, TIMOTHY D. COOK,
21   AVADIS TEVANIAN, JR., JONATHAN
     RUBINSTEIN, RONALD B. JOHNSON,
22   PETER OPPENHEIMER, MITCHELL
     MANDICH, ROBERT M. CALDERONI,
23   JAMES J. BUCKLEY, DANIEL L. EILERS
     and G. FREDERICK FORSYTH,
24
                Defendants,
25
           - and -
26
     APPLE COMPUTER, INC.,
27
                Nominal Defendant.
28

1    IT IS HEREBY STIPULATED by and between Plaintiff Jeffrey Alecci ("Alecci")

2  and Individual Defendants Fred D. Anderson, William V. Campbell, Millard S. Drexler, Steven

3  P. Jobs, Arthur D. Levinson, Jerome B. York, Timothy D. Cook, Avadis Tevanian, Jr., Jonathan

4  Rubinstein, Ronald B. Johnson, Peter Oppenheimer, Mitchell Mandich, Robert M. Calderoni,

5  James J. Buckley, Daniel L. Eilers and G. Frederick Forsyth and Nominal Defendant Apple

6  Computer, Inc. ("Defendants") as follows:

7    WHEREAS, the undersigned parties are currently discussing consolidation of this case

8  with other similar cases pending in this Court and/or the filing of a consolidated complaint.  The

9  undersigned parties are diligently working on finalizing a stipulation to consolidate the cases.

10  The undersigned parties believe that it serves the interests of judicial economy and efficiency to

11  defer the pending CMC and associated dates to a time when consolidation issues have been

12  addressed and the CMC can encompass all similar actions in one proceeding.

13    NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties stipulate and

14  respectfully request that the Court enter an order continuing the Case Management Conference to

15  the Court's first available date that falls at least 30 days after entry of the Court's Order

16  appointing lead plaintiffs' counsel, with all associated dates continued to equivalent periods prior

17  to the rescheduled Case Management Conference as per applicable local rules.

18    IT IS SO STIPULATED.

19

20

21

22

23

24

25

26

27

28

Dated:  October 10, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By:_____/s/ Luann L. Simmons_____
Luann L. Simmons

Attorneys for Individual Defendants
FRED D. ANDERSON, WILLIAM V.
CAMPBELL, MILLARD S. DREXLER,
STEVEN P. JOBS, ARTHUR D. LEVINSON,
JEROME B. YORK, TIMOTHY D. COOK,
AVADIS TEVANIAN, JR., JONATHAN
RUBINSTEIN, RONALD B. JOHNSON,
PETER OPPENHEIMER, MITCHELL
MANDICH, ROBERT M. CALDERONI,
JAMES J. BUCKLEY, DANIEL L. EILERS,
G. FREDERICK FORSYTH and Nominal
Defendant APPLE COMPUTER, INC.

Dated:  October 10, 2006

TRAVIS E. DOWNS III
BENNY C. GOODMAN III
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
MARIA V. MORRIS
THOMAS G. WILHELM
LERACH COUGLIN STOIA GELLER
 RUDMAN & ROBBINS LLP

By:_____/s/ Monique C. Winkler_____
Monique C. Winkler

Attorneys for Plaintiff
JEFFREY ALECCI

## CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Monique C. Winkler.

1   Dated:  October 10, 2006                          GEORGE A. RILEY
                                                      DAVID M. FURBUSH
2                                                     LUANN L. SIMMONS
                                                      O'MELVENY & MYERS LLP
3

4
                                                      By:_____/s/ Luann L. Simmons_____
5                                                              Luann L. Simmons

6                                                     Attorneys for Individual Defendants
                                                      FRED D. ANDERSON, WILLIAM V.
7                                                     CAMPBELL, MILLARD S. DREXLER,
                                                      STEVEN P. JOBS, ARTHUR D. LEVINSON,
8                                                     JEROME B. YORK, TIMOTHY D. COOK,
                                                      AVADIS TEVANIAN, JR., JONATHAN
9                                                     RUBINSTEIN, RONALD B. JOHNSON,
                                                      PETER OPPENHEIMER, MITCHELL
10                                                    MANDICH, ROBERT M. CALDERONI,
                                                      JAMES J. BUCKLEY, DANIEL L. EILERS,
11                                                    G. FREDERICK FORSYTH and Nominal
                                                      Defendant APPLE COMPUTER, INC.
12

13                                       **ORDER**

14

15          Pursuant to stipulation, IT IS SO ORDERED.

16   Dated: ____10/13/06_____

17

18                                       _____
                                         The Honorable Jeremy Fogel
19                                       United States District Judge

20   MP1:989023.1

21

22

23

24

25

26

27

28

- 3 -